IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:13-MC- 91

IN RE: Prisoner Pro Se Cases and Supervision of Pro Se Law Clerks

# ORDER

**THIS MATTER** comes before the court upon its own motion.

Pursuant to Miscellaneous Order 3:07-MC-61, paragraph 6, Notice is hereby given that effective June 3, 2013, all prisoner pro se cases filed pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 2254 (non-death penalty cases) shall be assigned to Chief Judge Whitney, who shall supervise all pro se law clerks until further notice by the Chief Judge. All such pending matters shall remain assigned to the judicial officer presently assigned until further Order of this court.

This Order shall supersede all other case assignments orders until such time as they are amended by the Court.

SO ORDERED, this 31st day of May, 2013.

Frank D. Whitney, Chief
U.S. District Judge